**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory Burkhart<br>Suzanne Lefko-Burkhart<br>       Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>       Movant<br>vs.<br><br>Gregory Burkhart<br>Suzanne Lefko-Burkhart<br>       Debtor(s)<br><br>Eric E. Bononi,<br>       Trustee | BK NO. 21-70415 JAD<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**
**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE**
**COVID-19 PANDEMIC**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 10, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Gregory Burkhart
102 Shady Drive
Indiana, PA 15701

Suzanne Lefko-Burkhart
102 Shady Drive
Indiana, PA 15701

Attorney for Debtor(s)
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601

Method of Service:  electronic means or first class mail

Dated: January 10, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com