# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Burkhart<br>Suzanne Lefko-Burkhart<br>                                      Debtor(s) | BK NO. 21-70415 JAD<br><br>Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>                                      Movant<br>         vs.<br>Gregory Burkhart<br>Suzanne Lefko-Burkhart<br>                                      Debtor(s)<br><br>Eric E. Bononi<br>                                      Trustee | |

## ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 02/01/2022 through 04/30/2022. Creditor holds a secured interest in real property commonly known as 102 Shady Dr Indiana, PA 15701 as evidenced by claim number 9-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make

arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 05/01/2022, and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully Submitted,

/s/*Brian C. Nicholas Esquire*
Brian C. Nicholas Esquire
*Attorney for Creditor*