IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Burkhart<br>      Suzanne Lefko-Burkhart<br>                    Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>                    Movant<br>      vs.<br><br>Gregory Burkhart<br>Suzanne Lefko-Burkhart<br>                    Debtor(s)<br><br>Eric E. Bononi,<br>                    Trustee | BK NO. 21-70415 JAD<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 21, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Gregory Burkhart
102 Shady Drive
Indiana, PA 15701

Suzanne Lefko-Burkhart
102 Shady Drive
Indiana, PA 15701

<u>Attorney for Debtor(s)</u>
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

<u>Trustee</u>
Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601

Method of Service: electronic means or first class mail

Dated: <u>February 21, 2022</u>

                                                      **/s/Brian C. Nicholas Esquire**
                                                      Brian C. Nicholas Esquire
                                                      Attorney I.D. 317240
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      201-549-5366
                                                      bnicholas@kmllawgroup.com