**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21–70415–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Gregory Burkhart
102 Shady Drive
Indiana, PA 15701

Suzanne Lefko–Burkhart
102 Shady Drive
Indiana, PA 15701

Social Security No.:
xxx–xx–8836

xxx–xx–6859

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
| --- | --- |
| Lawrence W. Willis | Ronda J. Winnecour |
| Willis & Associates | Suite 3250, USX Tower |
| 201 Penn Center Blvd | 600 Grant Street |
| Suite 310 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15235 | Telephone number:  412–471–5566 |
| Telephone number:  412–235–1721 | |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
May 20, 2022
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
May 20, 2022
01:10 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/21/22

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-70415-JAD |
|---|---|
| Gregory Burkhart | Chapter 13 |
| Suzanne Lefko-Burkhart | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: rsc13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Burkhart, Suzanne Lefko-Burkhart, 102 Shady Drive, Indiana, PA 15701-3207 |
| 15427298 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15454719 | + | Ascension Services, PO Box 163, Manchester, MD 21102-0163 |
| 15427306 | + | Edward M. Woodle, 616 Fleming Road, Indiana, PA 15701-4034 |
| 15428052 | + | Edward M. Woodle, Supinka & Supinka, P.C., 983 Philadelphia St, Indiana, PA 15701-3935 |
| 15428051 | + | Kevin R. Gaydos, Supinka & Supinka, P.C., 983 Philadelphia St., Indiana, PA 15701-3935 |
| 15450534 | + | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15427313 | + | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15427317 | + | Supinka & Supinka, 983 Philadelphia Street, Indiana, PA 15701-3935 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2022 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2022 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:19:59 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2022 23:12:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15427302 | + | Email/Text: compliance@contractcallers.com | Mar 21 2022 23:13:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 15427299 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:19:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15427300 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 23:19:55 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15443566 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:19:59 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15446707 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:19:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15427301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:19:59 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15427303 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 21 2022 23:13:00 | Consumer Portfolio Services, Inc., Attn: |

District/off: 0315-7 | User: auto | Page 2 of 3

Date Rcvd: Mar 21, 2022 | Form ID: rsc13 | Total Noticed: 39

| Recip ID | | Notice Type / Email | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 15427304 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 21 2022 23:13:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15427305 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2022 23:20:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15427307 | + | Email/Text: bknotice@ercbpo.com | Mar 21 2022 23:13:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15436371 | + | Email/Text: psnyder@fcbanking.com | Mar 21 2022 23:13:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15427308 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2022 23:19:50 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15427309 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 21 2022 23:12:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15427310 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 21 2022 23:13:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15443425 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 23:19:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15427311 | + | Email/Text: bankruptcy@ncaks.com | Mar 21 2022 23:12:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15427312 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 23:19:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15444734 | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2022 23:12:00 | Peoples Natural Gas Company LLC, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15427314 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 21 2022 23:13:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15427315 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 21 2022 23:19:56 | Regional Acceptance Corp, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15443895 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 21 2022 23:19:56 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15427316 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 23:19:56 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15456836 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 23:19:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15448653 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 21 2022 23:13:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15427318 | + | Email/Text: bankruptcy@sw-credit.com | Mar 21 2022 23:13:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15427319 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 21 2022 23:13:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 15436361 | *+ | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15436365 | *+ | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |

District/off: 0315-7                                          User: auto                                          Page 3 of 3
Date Rcvd: Mar 21, 2022                                Form ID: rsc13                                Total Noticed: 39

| 15436362 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15436363 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15436364 | *+ | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15436366 | *+ | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 15436367 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15436368 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15436369 | *+ | Edward M. Woodle, 616 Fleming Road, Indiana, PA 15701-4034 |
| 15436370 | *+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15436372 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15436373 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15436374 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15436375 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15436376 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15436377 | *+ | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15436378 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15436379 | *+ | Regional Acceptance Corp, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15436380 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15436382 | *+ | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15436381 | *+ | Supinka & Supinka, 983 Philadelphia Street, Indiana, PA 15701-3935 |
| 15436383 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Joint Debtor Suzanne Lefko-Burkhart ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Gregory Burkhart ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6