**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 21-70415-JAD |
| Gregory Burkhart and | : | |
| Suzanne Lefko-Burkhart, | : | Chapter 13 |
| Debtors | : | |

### CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **December 13, 2024,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Seward Operating LLC**
**595 Plant Road**
**New Florence, PA 15944**
**Attn: Payroll Manager**

**Gregory Burkhart**
**102 Shady Drive**
**Indiana, PA 15701**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: December 14, 2024

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com