**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/30/2026

IN RE:

GREGORY BURKHART
SUZANNE LEFKO-BURKHART
102 SHADY DRIVE
INDIANA, PA 15701
XXX-XX-8836          Debtor(s)

XXX-XX-6859

Case No.21-70415 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/30/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 1  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: ROCKET~QUICKEN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE** <br> C/O AIS PORTFOLIO SERVICES LP <br> PO BOX 4360 <br> HOUSTON, TX  77210 | Trustee Claim Number: 2  INT %: 4.00% <br> Court Claim Number: 4 <br> CLAIM: 22,411.62 <br> COMMENT: $CL-PL@4%MDF*W/27 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1519 |
| **ONE MAIN FINANCIAL GROUP LLC(*)** <br> PO BOX 3251 <br> EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 3  INT %: 4.00% <br> Court Claim Number: 10 <br> CLAIM: 3,658.59 <br> COMMENT: $CL-PL@4%MDF*LOAN BGN 4/9/21 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1661 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** <br> 635 WOODWARD AVE <br> DETROIT, MI  48226 | Trustee Claim Number: 4  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 0.00 <br> COMMENT: PMT/PL-NTC*DKT4LMT | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4122 |
| **FIRST COMMONWEALTH BANK**** <br> C/O AAS DEBT RECOVERY INC <br> POB 129* <br> MONROEVILLE, PA  15146 | Trustee Claim Number: 5  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7568 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 6  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 515.25 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0977 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 450.38 <br> COMMENT: WALMART/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2871 |
| **CONTRACT CALLERS** <br> 501 GREENE ST STE 302 <br> AUGUSTA, GA  30901 | Trustee Claim Number: 8  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FIRST ENERGY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9824 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 9  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 4,587.31 <br> COMMENT: AUTO DEFICIENCY*TOTAL LOSS*FR CNSMR PRTFL SRVCS~DOC 78 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6173 |
| **CREDIT COLLECTION SERVICES** <br> 725 CANTON ST <br> NORWOOD, MA  02062 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9767 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,237.26<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4853 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,171.83<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1020 |
| **EDWARD M WOODLE**<br>C/O SUPINKA & SUPINKA PC<br>983 PHILADELPHIA ST<br>INDIANA, PA 15701 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 17,662.00<br>COMMENT: JUDGMENT 8/2/21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: JGMT |
| **ENHANCED RECOVERY COMPANY++**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5764 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5438 |
| **FORTIVA**<br>PO BOX 105555<br>ATLANTA, GA 30348-5555 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1968 |
| **GENESIS FS CARD SERVICES**<br>PO BOX 4480<br>BEAVERTON, OR 97076 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3712 |
| **NATIONAL CREDIT ADJUSTERS**<br>POB 3023<br>HUTCHINSON, KS 67504 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TBOM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0204 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,989.72<br>COMMENT: X1019/SCH\*FIRST ENERGY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4411 |
| **REGIONAL ACCEPTANCE CORP**<br>BANKRUPTCY SECTION 100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,207.28<br>COMMENT: X8413/SCH\*AUTO DEFICIENCY\*VHCL TOTALED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4570 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:21  INT %: 0.00% Court Claim Number:3 CLAIM: 462.66 COMMENT: CAP 1*WALMART*CHG OFF 8/20*LAST TRANS 1/20 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8351 |
| **SUPINKA AND SUPINKA PC** 983 PHILADELPHIA ST INDIANA, PA 15701 | Trustee Claim Number:22  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **SOUTHWEST CREDIT SYSTEMS*** 4120 INTERNATIONAL PARKWAY STE 1100 CARROLLTON, TX 75007 | Trustee Claim Number:23  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NO$~COMCAST/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0699 |
| **TRANSWORLD SYSTEMS** PO BOX 15618 WILMINGTON, DE 19850 | Trustee Claim Number:24  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~NO$~URGENT CARE/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3143 |
| **TRANSWORLD SYSTEMS** PO BOX 15618 WILMINGTON, DE 19850 | Trustee Claim Number:25  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~NO$~MEDEXPRESS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7426 |
| **PEOPLES NATURAL GAS CO LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA 15212 | Trustee Claim Number:26  INT %: 0.00% Court Claim Number:6 CLAIM: 3,420.02 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6694 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** C/O AIS PORTFOLIO SERVICES LP PO BOX 4360 HOUSTON, TX 77210 | Trustee Claim Number:27  INT %: 0.00% Court Claim Number:4 CLAIM: 0.00 COMMENT: PIF @ CID2*0/PL*ARRS=1338.99/CL*W/2 | CRED DESC: VEHICLE ACCOUNT NO.: 1519 |
| **ASCENSION SERVICES LP** C/O DHC BUSINESS SOLUTIONS - SVCR PO BOX 163 MANCHESTER, MD 21102 | Trustee Claim Number:28  INT %: 0.00% Court Claim Number:12 CLAIM: 2,281.80 COMMENT: NT/SCH*SPEEDY FURNITURE*2014 LOAN*STALE? INSUFF POD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1691 |
| **PEOPLES NATURAL GAS CO LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA 15212 | Trustee Claim Number:29  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: PMT/DOE-PL*BGN 6/22-DISTRIB*DK | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 3119 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** 635 WOODWARD AVE DETROIT, MI 48226 | Trustee Claim Number:30  INT %: 0.00% Court Claim Number:9 CLAIM: 8,532.15 COMMENT: CL9GOV*$0/PL*THRU 12/21 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 4122 |

| CLAIM RECORDS | | |
|---|---|---|
| ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  79,057.26<br>COMMENT:  NT/SCH*FR PHEAA~DOC 104 | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  6859 |

Case 21-70415-JAD  Doc 107  Filed 01/30/26  Entered 01/30/26 11:46:16  Desc
Page 6 of 6